No. 76–180. SMITH, ADMINISTRATOR, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–183. SHAPIRO, EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF SOCIAL WELFARE, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–5193. RODRIGUEZ ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.; and

No. 76–5200. GANDY ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, *ante,* p. 883.] Motion of appellee foster parents for appointment of independent counsel to represent appellant foster children denied.

No. 76–235. WRIGHT, DIRECTOR, DEPARTMENT OF TRANSPORTATION OF HAWAII *v.* STOP H–3 ASSN. ET AL. C. A. 9th Cir. Motion of the State of Washington for leave to file a brief as *amicus curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 76–321. STENCEL AERO ENGINEERING CORP. *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted.

No. 76–447. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL. C. A. 6th Cir. Certiorari granted.

No. 75–1126. TRANS WORLD AIRLINES, INC. *v.* HARDISON ET AL.; and

No. 75–1385. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* HARDISON ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.